# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**RONALD E. WAUGH, JR**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201300465**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 20 August 2013.
**Military Judge**: Col James Carberry, USMC.
**Convening Authority**: Commanding General, 3d Marine Division, Okinawa, Japan.
**Staff Judge Advocate's Recommendation**: LtCol K.T.Carlisle, USMC.
**For Appellant**: CDR Michael Pallesen, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**31 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court